UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR - 1 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

YASSIN MUHIDDIN AREF
USP Marion, CMU
4500 Prison Road
Marion, IL 62959

and

AVON TWITTY (aka Abdul Ali)
FCI Terre Haute, CMU
4200 Bureau Road North
Terre Haute, IN 47808

and

DANIEL MCGOWAN
USP Marion, CMU
4500 Prison Road
Marion, IL 62959

Case 1:10-cv-00539
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/1/2010
Description: Civil Rights - Non. Employ.

and

JENNY SYNAN

and

ROYAL JONES
USP Marion
4500 Prison Road
Marion, IL 62959

and

KIFAH JAYYOUSI
FCI Terre Haute, CMU
4200 Bureau Road North
Terre Haute, IN 47808

and

HEDAYA JAYYOUSI

VS.

ERIC HOLDER
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and

HARLEY LAPPIN
Director of the Bureau of Prisons (BOP)
320 First St., NW
Washington, DC 20534

and

D. SCOTT DODRILL
Assistant Director BOP Correctional Programs Division
320 First St., NW
Washington, DC 20534

and

FEDERAL BUREAU OF PRISONS
320 First St., NW,
Washington, DC 20534

## MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 5.1(j) Plaintiffs respectfully request that this Court permit them to file the attached Motion under seal.

Dated: New York, NY
       March 29, 2010

                                      Respectfully submitted,

                                      Shayana D. Kadidal (D.C. Bar No. 454248)

                                      Alexis Agathocleous
                                      Rachel Meeropol
                                      CENTER FOR
                                      CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor

New York, NY  10012
Tel: (212) 614-6438
Fax: (212) 614-6499
kadidal@ccrjustice.org


*Attorneys for Plaintiffs*