UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR - 1 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

YASSIN MUHIDDIN AREF
USP Marion, CMU
4500 Prison Road
Marion, IL 62959

and

AVON TWITTY (aka Abdul Ali)
FCI Terre Haute, CMU
4200 Bureau Road North
Terre Haute, IN 47808

and

DANIEL MCGOWAN                    CIVIL ACTION NO. _____  10 0539
USP Marion, CMU
4500 Prison Road
Marion, IL 62959

and

JENNY SYNAN

and

ROYAL JONES
USP Marion
4500 Prison Road
Marion, IL 62959

and

KIFAH JAYYOUSI
FCI Terre Haute, CMU
4200 Bureau Road North
Terre Haute, IN 47808

and

HEDAYA JAYYOUSI

VS.

4

ERIC HOLDER
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and

HARLEY LAPPIN
Director of the Bureau of Prisons (BOP)
320 First St., NW
Washington, DC 20534

and

D. SCOTT DODRILL
Assistant Director BOP Correctional Programs Division
320 First St., NW
Washington, DC 20534

and

FEDERAL BUREAU OF PRISONS
320 First St., NW,
Washington, DC 20534

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

The Court, having considered Plaintiffs' motion to file under seal, determines that Plaintiffs shall be permitted to proceed accordingly. Thus, the Motion is GRANTED.

The Motion to file under seal, this order, the Motion to omit Local Rule 5.1(e) material, and the order thereon, shall all be sealed.

Dated: April 1, 2010

_____
Royce C. Lamberth
United States District Court Judge

5