**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| Yassin Muhiddin AREF, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:10-cv-00539-RMU |
| Eric HOLDER, *et al.*, | ) | |
| Defendants. | ) | |

**REPLY TO ROYAL JONES'S MOTION FOR THE
APPOINTMENT OF COUNSEL**

In response to undersigned counsel's Motion to Withdraw as Counsel for Plaintiff Royal Jones ("Counsel's Motion") (Docket #52), Mr. Jones has filed under seal a Motion for the Appointment of Counsel ("Jones Motion") with an accompanying Declaration. Neither of these documents appears on the docket, but counsel understands that the Court and opposing counsel have copies.

Mr. Jones does not dispute that a conflict exists between himself and undersigned counsel.  *See* Jones Motion at 1.  Undersigned counsel agrees that it may be appropriate for this Court to appoint counsel for Mr. Jones.

In his accompanying Declaration, Mr. Jones makes various allegations against undersigned counsel.  Contrary to these allegations, undersigned counsel acted properly and consistent with their ethical responsibility at all times in their representation of Mr. Jones and the other plaintiffs in this action.

In any event, these allegations have no bearing on the motions currently pending before this Court. Undersigned counsel is available to respond to Mr. Jones's Declaration in detail, should the Court deem it necessary.

Dated: November 8, 2011

          By:    /s/ Alexis Agathocleous
ALEXIS AGATHOCLEOUS, *pro hac vice*
RACHEL MEEROPOL, *pro hac vice*
SHAYANA D. KADIDAL
(D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614-6499
aagathocleous@ccrjustice.org

GREGORY SILBERT
LARA VEBLEN
ANDREY SPEKTOR
KAVITA DESAI
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-1000
Fax: (212) 310-8007
gregory.silbert@weil.com

KENNETH A. KREUSCHER
Portland Law Collective, LLP
1130 SW Morrison Street, Suite 407
Portland, OR 97205
Tel: 503-228-1889
Fax: 503-223-4518
kenneth@portlandlawcollective.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yassin Muhiddin AREF, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:10-cv-00539-RMU |
| Eric HOLDER, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## **CERTIFICATE OF SERVICE**

I, Alexis Agathocleous, hereby certify that pursuant to Local Civil Rule 83.6, I today served by U.S. mail to Royal Jones at the below address a copy of the Reply to Royal Jones's Motion for the Appointment of Counsel.

**Royal Jones**
#04935-046
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

Dated:   November 8, 2011

                                                          /s/Alexis Agathocleous_____
                                                          Alexis Agathocleous

3