**FILED**
**JAN 26 2012**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YASSIN MUHIDDIN AREF *et al.*, :
:
Plaintiffs, : Civil Action No.: 10-0539 (RMU)
:
v. :
:
ERIC HOLDER *et al.*, :
:
Defendants. :

# ORDER

Upon consideration of the plaintiffs' counsel's unopposed motion to file under seal the Agathocleous Declaration in support of their motion to withdraw as counsel for plaintiff Royal Jones, it is this 26th day of January, 2012, hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge