UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yassin Muhiddin AREF, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.:1:10-cv-00539-RWR |
| | ) |
| Eric HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATUS UPDATE

Given the recent reassignment of this case to Your Honor, the parties provide a brief overview of the procedural history of the litigation and respectfully bring certain outstanding matters to the Court's attention.

*Procedural Overview.* This is an action for declaratory and injunctive relief brought on behalf of Federal Bureau of Prisons inmates ("Plaintiffs"), and two of their spouses ("Family Plaintiffs"), who are or were held at one of two Communications Management Units ("CMUs"), which are located at the Federal Correctional Complex in Terre Haute, Indiana ("FCC Terre Haute") and the United States Penitentiary in Marion, Illinois ("USP Marion").[1] *See generally* Complaint (Docket # 5).

Defendants have filed a motion to dismiss, which Judge Urbina granted in part and denied in part. 3/30/11 Order (Dkt. # 36) and 3/30/11 Mem. Op. (Dkt. # 37). The Court dismissed the allegations in the Complaint that the communication restrictions imposed in

---

[1] The Plaintiffs are Messrs. McGowan, Jayyousi, Jones, and Aref. Mr. McGowan and Mr. Jayyousi are currently held at a CMU. Mr. Jones and Mr. Aref were previously held at a CMU but subsequently have been released into a non-CMU general prison population. One former Plaintiff, Avon Twitty, has been released from BOP custody and dismissed from the case. The Family Plaintiffs are Ms. Synan and Ms. Jayyousi, who are married to Mr. McGowan and Mr. Jayyousi, respectively.

the CMU violate Plaintiffs' and Family Plaintiffs' substantive due process rights to family integrity and their First Amendment rights to freedom of association; that the communication restrictions constitute cruel and unusual punishment; and that the BOP discriminated against Muslim inmates who were designated to the CMU on the basis of their religion. *Id.* The Court also dismissed as moot Plaintiffs' claim that the Administrative Procedures Act ("APA") required the BOP to engage in notice-and-comment rulemaking before establishing the CMUs. *Id.* The APA claim was dismissed without prejudice, allowing Plaintiffs to renew the claim should BOP abandon the rulemaking process. Finally, the Court dismissed Mr. Twitty's claims as moot because he has been paroled. *Id.*

Left standing by the Court's order are the following claims: (1) Plaintiffs' procedural due process claims, alleging designation to and retention within the CMU without constitutionally adequate process; and (2) Plaintiff McGowan's and Jones' retaliation claims, alleging designation to the CMU in retaliation for First Amendment protected speech and advocacy while in prison.

***Pending Motions and Status of Discovery.*** The parties respectfully bring two pending motions to the Court's attention and explain the need for an extension of the current deadline for fact discovery.

First, Defendants' Motion for Summary Judgment on Daniel McGowan's Retaliation Claim (Docket # 47) was fully briefed as of October 7, 2011 (*see* Docket # 50, 51). In this motion, Defendants contend that Mr. McGowan is barred from bringing a retaliation claim under the Prison Litigation Reform Act ("PLRA") because he failed to exhaust available administrative remedies. *Id.* The Court's prompt resolution of this

2

motion will significantly aid the parties in determining the proper scope of future discovery.

Second, Counsel for Plaintiffs' Motion to Withdraw as Counsel for Plaintiff Royal Jones (Docket # 52) was fully briefed as of November 8, 2011 (*see* Docket # 53, 54, 56, 57) and has not yet been decided.  Plaintiffs' counsel are especially eager to resolve this matter, as they have been unable to ethically advise Mr. Jones during the pendency of this motion, and thus he is *de facto* without counsel, and without any guidance as to whether he needs to attempt to retain new counsel or proceed *pro se*.

Third, the parties have been meeting and conferring in good faith over the last several months to address Defendants' on-going production of documents and interrogatory responses.  Initial interrogatories and requests for production were served by both parties on September 9, 2011.  Under the Court's August 17, 2011 scheduling order, discovery responses were due on November 8, 2011.  *See* Docket # 46.  Defendants requested an extension of this deadline, and have negotiated rolling productions with Plaintiffs over the last six months.  To date, Defendants have provided written responses to three separate sets of interrogatories and one set of document requests, and have made twelve productions totaling approximately 5,000 pages.  Production is not yet complete, however, and depositions have not begun.  As a result, the parties agree that they will be unable to meet the current fact discovery deadline of July 30, 2012.

The parties propose to provide the court with a joint proposed extension of the discovery deadline as soon as possible, or, in the alternative, would be happy to appear in person or by telephone to discuss these issues at the Court's convenience.

Dated: New York, NY
        May 7, 2012

                      Respectfully submitted,

By:   /s/ Alexis Agathocleous
ALEXIS AGATHOCLEOUS, *pro hac vice*
RACHEL MEEROPOL, *pro hac vice*
SHAYANA D. KADIDAL
(D.C. Bar No. 454248)
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614-6499
aagathocleous@ccrjustice.org

GREGORY SILBERT
ANDREY SPEKTOR
EILEEN CITRON
JOHN GERBA
LARA VEBLEN
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-1000
Fax: (212) 310-8007
gregory.silbert@weil.com

KENNETH A. KREUSCHER
Portland Law Collective, LLP
1130 SW Morrison Street, Suite 407
Portland, OR 97205
Tel: 503-228-1889
Fax: 503-223-4518
kenneth@portlandlawcollective.com

*Attorneys for Plaintiffs*


TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

4

Federal Programs Branch

_____/s/_____
NICHOLAS CARTIER
(D.C. Bar # 495850)
NATHAN M. SWINTON
(N.Y. Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division/Federal Programs
Mail:   P.O. Box 883
Washington, D.C.  20044
Street:  20 Massachusetts Ave., N.W.
Washington, DC  20001
Ph:     (202) 616-8351
Fax:    (202) 616-8470
Email: nicholas.cartier@usdoj.gov

*Attorneys for Defendants*