**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YASSIN MUHIDDIN AREF, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-0539 (BJR) |
| ) | |
| ERIC HOLDER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**LIST OF DEFENDANTS' EXHIBITS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT**

| Exhibit Number | SUB EXH | Exhibit | Bates Range |
|---|---|---|---|
| Exhibit 1 | | Declaration of David Schiavone | N/A |
| | A | Intelligence and Counter Terrorism Branch, "Communications Management Units" (CMU Talking Points) | BOPCMU76403-06 |
| | B | USP Marion Institution Supplement, Operation and Security of the Communication Management Unit (3/20/08; 11/13/08; 6/4/09; 9/28/09; 8/29/11; 11/28/12) | P000329-42; P00051-59; BOPCMU064132-40; BOPCMU000305-12; BOPCMU064110-17 |
| | C | FCI Terre Haute Institution Supplement, Operation & Security of the Communication Management Unit (3/31/14) | N/A |
| | D | 10/14/09 Memorandum from Scott Dodrill to Michael K. Nalley Re: Review of Inmates for Continued Communication Management Units (CMU) Designation ("Dodrill memo") | BOPCMU001662-64 |
| | E | 3/5/08 Memorandum from Joyce K. Conley to All Regional Directors, "Referrals for the | P000022 |

|  |  | Communications Management Units" |  |
|---|---|---|---|
|  | F | Intelligence and Counter Terrorism Branch, "Designations to a Communications Management Unit" (Designations to CMU Talking Points) | BOPCMU76400-02 |
|  | G | Form, Review for Continued CMU Designation | BOPCMU075575 |
| Exhibit 2 |  | Declaration of Leslie S. Smith | N/A |
| Exhibit 3 |  | Declaration of Michael K. Nalley | N/A |
|  | A | 10/14/09 Memorandum from Scott Dodrill to Michael K. Nalley Re: Review of Inmates for Continued Communication Management Units (CMU) Designation ("Dodrill memo") | BOPCMU001662-64 |
|  | B | 6/18/08 Notice to Inmate of Transfer to Communication Management Unit for Kifah Jayyousi | N/A |
|  | C | 5/11/07 Notice to Inmate of Transfer to Communication Management Unit for Yassin Aref | N/A |
| Exhibit 4 |  | Declaration of Peter D. Pottios | N/A |
|  | A | 2007 initial CMU designation packet for Aref | BOPCMU003287-8; 003283-4; 002931-37; 002938; 067588 |
|  | B | 2010 CMU redesignation packet for Aref | BOPCMU005014-15; 003294-95; 005005-06; 003292-93 |
|  | C | 2011 CMU redesignation packet for Aref (transfer out) | BOPCMU003298 (Regional director CMU referral); 003280-81 (Unit team recommendation); 3290-91 (CTU recommendation) |
|  | D | 2008 initial CMU designation packet for Jayyousi | BOPCMU004600 (Regional director referral); 004620-23 (CTU recommendation); 003363-68 (Judgment in a criminal case); 075593-97 (Inmate |

|   |   |   |   |
|---|---|---|---|
|   |   |   | profile); 075583-86 (US Marshals Service report); 004849 (CTU memo re: CIM separation); 003369 (Notice) |
|   | E | 2011 CMU redesignation packet for Jayyousi | BOPCMU004618-19 (Regional director referral); 4610-11 (Unit team recommendation); 4613-15 (CTU recommendation); 4901-4903 (4/12/11 Bair memo); 4604-06 (8/20/08 incident report); 4607-08 (8/20/08 Coleman memo); 4609 (Coleman memo); 3338 (8/21/08 Schiavone email); 57571-617 (CTU intelligence summary) |
|   | F | 2013 CMU redesignation packet for Jayyousi (transfer out) | BOPCMU067498 (Regional director referral); 67483-84 (Unit team recommendation); 67479-81 (CTU recommendation); 75591-92 (4/24/13 Eternick email); 67486-97 (Inmate profile) |
|   | G | 2008 initial CMU designation packet for McGowan | BOPCMU003384 (Regional director referral); 3385-86 (CIM information); 3374-77 (CTU recommendation); 75576-77 (Chart for "the Family"); 3791-92 (10/5/07 |

|   |   |   |   |
|---|---|---|---|
|   |   |   | Memo from Les Smith re: CIM separations); 63781-82 (11/14/07 Memo from Les Smith re: limited computer access); 3380 (3/27/08 Email from David Schiavone); 67482 (Notice) |
|   | H | 2010 CMU redesignation packet for McGowan | BOPCMU003419-20 (Regional Director referral); 3407-08 (Unit team recommendation); 5030-31 (CTU recommendation) |
|   | I | 2010 CMU redesignation packet for McGowan (transfer out) | BOPCMU003417-18 (Regional director referral); 3399-40 (Unit team recommendation); 3909-10 (CTU recommendation) |
|   | J | 2011 CMU initial designation packet for McGowan | BOPCMU003413-14 (Regional director referral); 5023-25 (CTU recommendation); 3374-77 (2008 CTU recommendation); 3427-31 (Judgment in a criminal case); 75578-82 (Inmate profile); 3405-06 (1/31/11 memo, "Submission for Weekly Report"); 4936-37 (1/31/11 email from David Schiavone); 63919-20 (2/8/11 email from Randy Eternick); 3421 |

|  |  |  | (SIS advisory); 3411-12 (Draft regional director referral); 2871 (Notice) |
|---|---|---|---|
| Exhibit 5 |  | Declaration of Ralph Miller, Jr. | N/A |
| Exhibit 6 |  | Declaration of Frank Lara | N/A |
|  | A | BOP Program Statement 5270.10, Special Housing Units | BOPCMU067158-70 |
|  | B | BOP Program Statement P5264.08, Inmate Telephone Regulations | BOPCMU67141-57 |
|  | C | USP Marion Institution Supplement, Telephone Regulations for Inmates | BOPCMU066878-85 |
|  | D | FCI Terre Haute Institution Supplement, Telephone Regulations for Inmates | BOPCMU067015-21 |
|  | E | BOP Program Statement 5267.08, Visiting Regulations | BOPCMU067121-40 |
|  | F | FCI Terre Haute Institution Supplement, Visiting Regulations | BOPCMU067029-45 |
|  | G | Chart, USP Marion and FCI Terre Haute visiting regulations | N/A |
|  | H | 2/21/13 Memorandum from J. Oliver to Stanley Lovett Re: Special Housing Unit (SHU) Inmate Visiting Procedures | BOPCMU067120 |
|  | I | USP Marion Institution Supplement, Visiting Regulations | BOPCMU066894-908 |
|  | J | FCI Terre Haute Institution Supplement, Trust Fund Limited Inmate Communications System (TRULINCS); USP Marion Institution Supplement, Trust Fund Limited Inmate Computer System (TRULINCS) – Electronic Messaging | N/A |
|  | K | FCI Terre Haute Institution Supplement, Inmate Telephone Regulations | N/A |
| Exhibit 7 |  | Declaration of Jennifer Batchelder | N/A |
| Exhibit 8 |  | Declaration of Vineeta Kamath | N/A |
| Exhibit 9 |  | Relevant excerpts from deposition of David Schiavone (fact) | N/A |
| Exhibit 10 |  | Relevant excerpts from deposition of David Schiavone (30(b)(6) | N/A |
| Exhibit 11 |  | Relevant excerpts from deposition of Leslie S. Smith | N/A |
| Exhibit 12 |  | Relevant excerpts from deposition of Michael K. Nalley | N/A |
| Exhibit 13 |  | Relevant excerpts from deposition of Peter Pottios | N/A |

| Exhibit 14 | | Relevant excerpts from deposition of Timothy Coleman | N/A |
|---|---|---|---|
| Exhibit 15 | | Relevant excerpts from deposition of Charles Lockett | N/A |
| Exhibit 16 | | Relevant excerpts from deposition of Thomas Lee Albright | N/A |
| Exhibit 17 | | Relevant excerpts from deposition of Yassin Aref | N/A |
| Exhibit 18 | | Relevant excerpts from deposition of Kifah Jayyousi | N/A |
| Exhibit 19 | | Relevant excerpts from deposition of Daniel McGowan | N/A |
| Exhibit 20 | | Relevant excerpts from deposition of Avon Twitty | N/A |
| Exhibit 21 | | Administrative Remedy – Yassin Aref | BOPCMU0751717-27 |
| Exhibit 22 | | Administrative Remedy – Kifah Jayyousi | BOPCMU075909-20 |
| Exhibit 23 | | Administrative Remedy – Daniel McGowan | BOPCMU076009-24 |
| Exhibit 24 | | Jayyousi Administrative Remedies History | BOPCMU004376-4519 |
| Exhibit 25 | | U.S. Department of Justice, Office of the Inspector General, Evaluation and Inspections Division, *The Federal Bureau of Prisons' Monitoring of Mail for High-Risk Inmates* (September 2006) | BOPCMU076535-657 |
| Exhibit 26 | | Notice to Inmates: Review of Inmates for Continued Communication Management Unit (CMU) Designation | P001919-20 |
| Exhibit 27 | | Memorandum from John Bair Re: Inmate Jayyousi, Kifah, Reg. No. 39551-039 | BOPCMU004901-03 |
| Exhibit 28 | | Memorandum from Jason Noblitt to T. Coleman Re: Jayyousi, Kifah | BOPCMU004868 |
| Exhibit 29 | | 8/15/08 Email from Jason Noblitt to F. Timothy Coleman (no subject) | BOPCMU060633 |
| Exhibit 30 | | 8/15/08 Email from Stewart Rowles to David Schiavone, et al, "Fwd: Jayyousi at THA CMU" | BOPCMU060624 |
| Exhibit 31 | | 8/15/08 Email from David Schiavone to Stewart Rowles, et al, "Fwd: Jayyousi at THA CMU" | BOPCMU062376 |
| Exhibit 32 | | 8/19/08 Email from David Schiavone to Joyce Lane-Lewis, et al, "Jayyousi's Comments from Jumah Prayer" | BOPCMU060641 |
| Exhibit 33 | | 8/19/08 Email from David Schiavone to | BOPCMU067500- |

|  |  | Leslie Smith, "Jayyousi's comments – Text for Blackberry" | 01 |
|---|---|---|---|
| Exhibit 34 |  | Memorandum from John Bair, Re: Jumah Prayer | BOPCMU067504-06 |
| Exhibit 35 |  | 8/19/08 Email from Brian Jett to Michael Nalley, "Fwd: Jayyousi's Comments from Jumah Prayer" | BOPCMU060623 |
| Exhibit 36 |  | 8/20/08 Incident Report for Kifah Jayyousi | BOPCMU004260-01 |
| Exhibit 37 |  | 8/21/08 Unit Discipline Committee Hearing Report | BOPCMU004261-62 |
| Exhibit 38 |  | 11/10/08 Memorandum from Michael K. Nalley to B. R. Jett, "Kifah Jayyousi, Register Number 39551-039 Administrative Remedy 507291-R1" | BOPCMU 004263-64 |
| Exhibit 39 |  | 10/7/08 Regional Administrative Remedy Appeal by Kifah Jayyousi | BOPCMU004258 |
| Exhibit 40 |  | 12/15/08 Incident Report for Kifah Jayyousi | BOPCMU004246-47 |
| Exhibit 41 |  | 1/29/09 Discipline Hearing Officer Report for Kifah Jayyousi | BOPCMU004244-45 |
| Exhibit 42 |  | Plaintiffs' Responses to Defendants' Requests for Admission | N/A |
| Exhibit 43 |  | Relevant excerpts from deposition of Ralph Miller | N/A |