**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

YASSIN MUHIDDIN AREF, *ET AL.*,

   **Plaintiffs**

         **v.**

ERIC H. HOLDER, JR., *ET AL.*,

   **Defendants.**

**Civil Action No. 10-0539 (BJR)**

**ORDER AND JUDGMENT**

---

   For the reasons stated in the Court's Memorandum Opinion issued on this 15th day of

March, 2015, it is **HEREBY ORDERED AND ADJUDGED** that:

   1. Plaintiffs' [138] Motion for Summary Judgment is **DENIED**.

   2. Defendants' [145] Motion for Summary Judgment is **GRANTED**.

   3. Defendants' [135] Motion for Scheduling Order is **MOOT**.

   4. All issues being resolved by this Court's Memorandum Opinion and Order, this case

      is **DISMISSED**.

   **SO ORDERED**.


_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE