IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yassin Muhiddin AREF, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:10-cv-00539-BJR |
| -v- | )<br>) |
| Matthew WHITAKER, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION REQUESTING THAT COURT SCHEDULE A HEARING**

Pursuant to the Court's January 24 Minute Order directing the parties to propose mutually agreeable alternative dates for a hearing, counsel for the parties conferred and identified February 14, 2019 as well as March 4-8 and March 12-13 as mutually agreeable alternative dates for a hearing. Accordingly, the parties respectfully request that the Court set a hearing on one of these dates or an alternative date that is convenient for the Court.

Dated: February 5, 2019                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

 */s/ Nicholas Cartier*
NICHOLAS CARTIER
(D.C. Bar # 495850)
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C.  20005
Telephone: (202) 616-8351
E-mail: nicholas.cartier@usdoj.gov

*Attorneys for the Defendants*

/s/Rachel Meeropol
RACHEL MEEROPOL, *pro hac vice*
PARDISS KEBRIAEI
SHAYANA D. KADIDAL
(D.C. Bar No. 454248)
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6432
Fax: (212) 614-6499
rachelm@ccrjustice.org

GREGORY SILBERT, *pro hac vice*
LARA E. VEBLEN TRAGER, *pro hac vice*
EILEEN CITRON (D.C. Bar No. 995117)
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-1000
Fax: (212) 310-8007
gregory.silbert@weil.com

KENNETH A. KREUSCHER
Kenneth A. Kreuscher Law LLC
1130 SW Morrison Street, Suite 407
Portland, OR 97205
Tel: 971-303-9453
KennethKreuscher@gmail.com

*Attorneys for the Plaintiffs*