IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yassin Muhiddin AREF, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 1:10-cv-00539-BJR |
| William BARR, et al., | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF JON GUSTIN

I, Jon Gustin, hereby declare the following:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice, as the Administrator of the BOP Residential Reentry Management Branch (RRMB) in Central Office, located in Washington, D.C. I began working for the BOP in October 1997 and assumed my current position in June 2015. Prior to becoming the Administrator of RRMB, I worked in community corrections since March 2002.

2. As the Administrator of the Residential Reentry Management (RRM) Branch, I have oversight responsibilities for various detainees in BOP custody including those detained as part of immigration cases, U.S. Marshals prisoners, and District of Columbia Code offenders. Additionally, I provide administrative oversight to staff in the 24 RRM offices who in turn oversee the approximately 180 contract Residential Reentry Centers,[1] (RRCs) and approximately 10,000 inmates housed therein and on home detention. As the Administrator of the RRM Branch, I have access to the BOP computer database known as SENTRY.

---

[1] RRCs were formerly known as Community Corrections Centers (CCCs), and the current Program Statement refers to them as CCCs.

3. According to SENTRY, on June 20, 2017, inmate Kifah Jayyousi, Register Number 39551-039, was released from the Federal Correctional Institution (FCI) Allenwood and transferred via unescorted furlough to an RRC in Detroit, Michigan and was subsequently placed on Home Confinement on August 22, 2017. On September 15, 2017, inmate Jayyousi completed his term of imprisonment via Good Conduct Time and was released from the RRC.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April 2019.

_____
Jon Gustin, Administrator
Residential Reentry Management Branch
Federal Bureau of Prisons
Washington, D.C.