IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yassin Muhiddin AREF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 1:10-cv-00539-BJR |
| ) | |
| William BARR, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF HEATHER SPOSATO

I, Heather Sposato, hereby declare the following:

1. I am currently employed as a Case Management Coordinator (CMC) for the Federal Bureau of Prisons (hereafter "BOP"), at the Federal Correctional Institution Loretto, Pennsylvania (hereafter "FCI Loretto"). I have held this position since September, 2014. I have been employed with the BOP since May 11, 1997.

2. I have access to inmates' records maintained in the ordinary course of business at FCI Loretto regrading federal prisoners, including, but not limited to documentary records, and electronic data maintained on the BOP's SENTRY computer database. As part of my duties and responsibilities as a CMC, I work with Correctional Systems (CS) staff with whom I supervise in coordinating the release of inmates with the Immigration and Customs Enforcement (ICE) for those inmates who have immigration detainers on file with the BOP.

3. According to SENTRY, inmate Yassin Aref, Federal Register Number 12778-052, transferred to FCI Loretto on January 18, 2013. Inmate Aref had an immigration detainer on file. In accordance with Program Statement 5800.15, <u>Correctional Systems Manual</u>, dated September 23, 2016, the CS staff coordinated with the agency that placed a detainer on the inmate prior to

the inmate's release. As part of the pre-release notification requirements per policy, we provided ICE with the following documents prior to inmate Aref's release on October 3, 2018 to ICE.

   a. Immigration Detainer- Notice of Action dated October 20, 2006;

   b. Detainer Action Letter dated March 27, 2009;

   c. Detainer Action Letter dated January 18, 2013;

   d. Detainer Action Letter dated January 6, 2018;

   e. Immigration Detainer-Notice of Action dated March 5, 2018;

   f. Release of Immigration Detainee with Supervision to Follow dated September 5, 2018.

4. Based on a telephonic inquiry CS staff received from ICE on or about October 1, 2018, we also provided ICE with a copy of inmate Aref's Chronological Disciplinary Record which consisted of one page.

5. Based on the review of the documents we provided to ICE, none of the documents address the reasons for inmate Aref's placement, retention or release from a CMU, and do not include his Notice of Transfer to a CMU. In fact, to the best of my knowledge, there are no references to Aref's CMU placement at all in the documents provided to ICE.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April 2019.

*Heather Sposato*
Heather Sposato
Case Management Coordinator
FCI Loretto