# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Yassin Muhiddin AREF, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No.:1:10-cv-00539-BJR |
| William BARR, et al., ) | |
| Defendants. ) | |

## STATUS UPDATE AS TO PLAINTIFF AREF

Plaintiffs write to update the Court as to a recent change in circumstances. Undersigned counsel has learned that Plaintiff Yassin Aref has been deported from the United States, and is no longer in ICE custody. As Plaintiffs' recent Opposition to Defendants' Motion to Dismiss (Dkt. No. 184) and supporting Declaration of Yassin Aref (Dkt. No. 184-1, Ex. 3), described Mr. Aref's conditions of confinement in ICE custody, we thought it prudent to update the Court as to this change.

This change in circumstances does not alter Plaintiffs' legal position, as Plaintiffs' Opposition sets forth multiple ways in which expungment of the information gathered through the fatally flawed CMU procedures would impact Mr. Aref, only one of which is altered by the recent change.  *See* Dkt. No. 184 at 15-16.

We have alerted opposing counsel to our plan to file this update, and they indicated no objection to our doing so.

Dated: June 13, 2019

                                                    Respectfully submitted,

                                                    */s/Rachel Meeropol*
                                                    RACHEL MEEROPOL, *pro hac vice*

PARDISS KEBRIAEI
SHAYANA D. KADIDAL
(D.C. Bar No. 454248)
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6432
Fax: (212) 614-6499
rachelm@ccrjustice.org

GREGORY SILBERT, *pro hac vice*
LARA VEBLEN
EILEEN CITRON (D.C. Bar No. 995117)
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-1000
Fax: (212) 310-8007
gregory.silbert@weil.com

KENNETH A. KREUSCHER
Kenneth A. Kreuscher Law LLC
1130 SW Morrison Street, Suite 407
Portland, OR 97205
Tel: 971-303-9453
KennethKreuscher@gmail.com

*Attorneys for Plaintiffs*