UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| YASSIN MUHIDDIN AREF,<br>KIFAH JAYYOUSI *et al.*,<br><br>        *Plaintiffs,*<br><br>MERRICK GARLAND, *et al.*,<br><br>        *Defendants,* | Case No. 1:10-cv-00539-BJR |

**ORDER**

On February 25, 2022, the United States Court of Appeals for the District of Columbia Circuit decided Kifah Jayyousi's appeal of the Court's October 13, 2020 decision in this matter. The Circuit concluded that Plaintiff Jayyousi's claims were moot, and therefore vacated this Court's earlier memorandum opinion and Order and remanded the case to this Court with directions to dismiss the case as moot.

Accordingly, this matter is hereby DISMISSED AS MOOT and is now CLOSED.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2022.

                                                Barbara Jacobs Rothstein
                                                U.S. District Court Judge